UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:  
Michael J Rankin and Linda J Rankin,  
        Debtors.  
Michael J Rankin, et al.,  
        Plaintiffs,  
v.  
Grandview Plaza I, L.L.C., et al.,  
        Defendants.

Chapter 7

Case No. 09-37264-svk

All documents regarding this matter must be identified by both adversary and bankruptcy case numbers.

Adversary No. 15-02159-svk

## CERTIFICATE OF SERVICE REGARDING SUMMONS IN AN ADVERSARY PROCEEDING

I, Michael G. Mack (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made on April 8, 2015 (date) by one of the following methods:

- [x] *Mail Service:* Regular, first class United States mail, and postage fully prepaid. *(List names/addresses below.)*
- [ ] *Personal Service*: By leaving the process with defendant or with an officer or agent of defendant. *(List names/addresses below.)*
- [ ] *Residence Service:* By leaving the process with an adult. *(List names/addresses below.)*
- [ ] *Certified Mail Service on an Insured Depository Institution:* By sending the process by certified mail addressed to the following officer of the defendant. *(List names/addresses below.)*
- [ ] *Publication*: The defendant was served as described in the space below.
- [ ] *State Law:* The defendant was served pursuant to the laws of the State of _____ (U. S. state), as described in the space below.

### *LIST NAMES AND ADDRESSES OR BRIEF DESCRIPTION OF HOW DEFENDANT WAS SERVED:*

| | | |
|---|---|---|
| Deborah K. Bruck | Timothy J. Voeller | Priority Mail due to weight of contents |
| 322 East Michigan St., 6th Floor | 1830 Meadow Lane, Suite A | |
| Milwaukee, WI 53222 | Pewaukee, WI 53072 | |

Under penalty of perjury, I declare that the foregoing is true and correct.

_____    4-13-15    _____  
Signature            Date            10855 West Potter Road, Suite 14  
                                                                     Business Address

Michael G. Mack                                                             Milwaukee, WI 53226  
Printed Name                                                                Business City, State, and Zip