THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: April 30, 2015



Susan V. Kelley
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| **IN RE:** | Michael J. Rankin,<br>Linda J. Rankin,<br>       Debtors, | Adversary No. 15-02159<br><br>Case No. 09-37264 |
| | Michael Rankin, and<br>Linda Rankin,<br>       Plaintiffs, | Chapter 7 |
| v. | | |
| | Grandview Plaza I, LLC and<br>Bruck Law Offices, S.C.,<br>       Defendants | |

# ORDER

The above-captioned matter having come before the Court on the Motion to Extend Time to File Answer filed jointly by Grandview Plaza I, LLC and Bruck Law Offices, S.C., before the Honorable Susan V. Kelley, United States Bankruptcy Judge, and based upon the files, records, and proceedings herein,

IT IS HEREBY ORDERED:

1. That the Motion to Extend Time to File Answer is granted;

2. That the time for Grandview Plaza I, LLC and Bruck Law Offices, S.C. to file their answers to the complaint is extended to June 8, 2015; and

3. That the May 12, 2015 pre-trial conference is rescheduled to June 16, 2015 at 12:00 p.m. and the parties may appear for the pre-trial conference via telephone by calling 1-888-675-2535 and entering access code 9918878.

#####