Rankin,
    Plaintiff

Adv. Proc. No. 15-02159-svk

Grandview Plaza I, L.L.C.,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0757-2     User: jam     Page 1 of 1     Date Rcvd: May 01, 2015
                   Form ID: pdfhrg    Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2015.
```
dft         +Bruck Law Offices, S.C.,   Sixth Floor,   322 East Michigan St,   Milwaukee, WI 53202-5087
intp        +Deborah Krusche Bruck,   Bruck Law Offices, S.C.,   322 East Michigan Street, 6th Floor,
              Milwaukee, WI 53202-5012
dft         +Grandview Plaza I, L.L.C.,   1830 Meadow Lane,   Suite A,   Pewaukee, WI 53072-5575
pla         +Linda J Rankin,   W359 N5685 Surrey Dr,   Oconomowoc, WI 53066-2450
pla         +Michael J Rankin,   W359 N5685 Surrey Dr,   Oconomowoc, WI 53066-2450
intp        +Timothy J. Voeller,   1830 Meadow Lane, Suite A,   Pewaukee, WI 53072-5575
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust          +E-mail/Text: ustpregion11.mi.ecf@usdoj.gov May 02 2015 02:36:59     Office of the U. S. Trustee,
               517 East Wisconsin Ave.,   Room 430,   Milwaukee, WI 53202-4510
                                                                                             TOTAL: 1
```

        \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2015                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2015 at the address(es) listed below:
```
          Michael G. Mack    on behalf of Plaintiff Michael J Rankin jeffr@thecreditman.com,
           mgm@faithfirm.com
          Michael G. Mack    on behalf of Plaintiff Linda J Rankin jeffr@thecreditman.com,  mgm@faithfirm.com
          Nicholas A. Smith    on behalf of Defendant    Grandview Plaza I, L.L.C. nsmith@brucklawoffices.com
          Nicholas A. Smith    on behalf of Defendant    Bruck Law Offices, S.C. nsmith@brucklawoffices.com
                                                                                             TOTAL: 4
```

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: April 30, 2015

Susan V. Kelley
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| IN RE: | Michael J. Rankin,<br>Linda J. Rankin,<br>    Debtors, | Adversary No. 15-02159<br><br>Case No. 09-37264 |
| | Michael Rankin, and<br>Linda Rankin,<br>    Plaintiffs, | Chapter 7 |
| v. | | |
| | Grandview Plaza I, LLC and<br>Bruck Law Offices, S.C.,<br>    Defendants | |

# ORDER

The above-captioned matter having come before the Court on the Motion to Extend Time to File Answer filed jointly by Grandview Plaza I, LLC and Bruck Law Offices, S.C., before the Honorable Susan V. Kelley, United States Bankruptcy Judge, and based upon the files, records, and proceedings herein,

IT IS HEREBY ORDERED:

1. That the Motion to Extend Time to File Answer is granted;

2. That the time for Grandview Plaza I, LLC and Bruck Law Offices, S.C. to file their answers to the complaint is extended to June 8, 2015; and

3. That the May 12, 2015 pre-trial conference is rescheduled to June 16, 2015 at 12:00 p.m. and the parties may appear for the pre-trial conference via telephone by calling 1-888-675-2535 and entering access code 9918878.

#####