UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: MICHAEL J. RANKIN<br>LINDA J. RANKIN,<br><br>Debtors,<br><br>MICHAEL J. RANKIN<br>LINDA J. RANKIN<br><br>Plaintiffs,<br><br>v.<br><br>GRANDVIEW PLAZA I, LLC., and<br>BRUCK LAW OFFICES, S.C.,<br><br>Defendants. | Adversary No._____<br><br>Case No. 09-37264-svk<br><br>Chapter 7 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned has been retained by and appears as counsel for the defendant, Bruck Law Offices, S.C., in the above-entitled action and hereby demands that copies of all proceedings in this action be served upon us at our office at 735 North Water Street, Suite 1400, Milwaukee, Wisconsin, 53202-4267.

Dated at Milwaukee, Wisconsin this 3rd day of June, 2015,

        **GUTGLASS, ERICKSON, BONVILLE & LARSON, S.C.**

        By:   _/s/ Paul R. Erickson_____
                 Paul R Erickson, SBN 1003920
                 paul.erickson@gebsc.com
                 735 N Water St # 1400
                 Milwaukee, WI 53202-4106
                 Telephone: (414) 908-0242
                 Facsimile: (414) 273-3821
                 Attorneys for Defendant