UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

| | |
|---|---|
| In re: Michael Rankin and<br>Linda Rankin,<br><br>      Debtors.<br>_____ | Case No.: 09-37264-svk<br>Chapter 7 |

Michael J. Rankin and
Linda J. Rankin,

      Plaintiffs,                                Adv. Case No.: 15-2159-svk

v.

Grandview Plaza I, LLC and
Bruck Law Offices, S.C.

      Defendants.
_____

Grandview Plaza I, LLC,

      Cross-claim Plaintiff,

v.

Bruck Law Offices, S.C.,

      Cross-claim Defendant.

_____

**NOTICE OF APPEARANCE AND REQUEST FOR COPIES OF ALL NOTICES AND PLEADINGS**
_____

      PLEASE TAKE NOTICE that that the law firm of Antonopoulos Legal Group LLC, by Attorney Dino Antonopoulos, appears on behalf of Grandview Plaza I, LLC, the

Drafted by:
Antonopoulos Legal Group LLC
N35 W23877 Highfield Court, Suite 100
Pewaukee, WI 53072
(262) 649-5572 / (262) 649-5556 [facsimile]
dino@alglawoffices.com
todd@alglawoffices.com

Defendant/Cross-Claim Plaintiff and party in interest in the above-captioned matter, and requests copies of all papers, pleadings and notices be served upon the undersigned counsel pursuant to Rules 9010(b) and 2002(a) of the Rules of Bankruptcy Procedure.

Dated:  June 8, 2015   /s/ Dino Antonopoulos
Dino Antonopoulos
Todd T. Nelson
Antonopoulos Legal Group LLC
N35 W23877 Highfield Court, Suite 100
Pewaukee, WI 53072
(262) 649-5572
(262) 649-5556 [facsimile]
dino@alglawoffices.com
todd@alglawoffices.com

*Attorneys for Grandview Plaza I, LLC*