UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re    Chapter 7
Michael J. Rankin and    Case No. 09-37264-svk
Linda J. Rankin,
          Debtors.

Michael J, Rankin, et al.,
          Plaintiffs,
v.    Adversary Case No. 15-2159

Grandview Plaza I, L.L.C. et al.,
          Defendants.

## FINAL PRETRIAL ORDER

A final pretrial conference was held on June 16, 2015. The following dates and deadlines are established for this adversary proceeding.

**Discovery** Discovery is to be completed by **September 1, 2015**. Completion of discovery means that discovery (including depositions to preserve testimony for trial) must be scheduled to allow depositions to be completed, interrogatories and requests for admissions to be answered, and documents to be produced before the deadline and in accordance with the provisions of the Federal Rules of Civil Procedure.

**Exhibits** Exhibits must be filed and served in advance of trial. Please redact all information required by applicable privacy regulations. If a party does not file an Exhibit List and copies of exhibits or a motion to extend the time to file the same, the Court will assume that the party does not intend to introduce any exhibits into evidence. The Exhibit List should contain a numbered list of the exhibits and a brief description of the exhibit (e.g., Plaintiff's Exhibit 1 – Promissory Note, Defendant's Exhibit 1, Financial Statement dated June 1, 2000).

Exhibits should be filed electronically. If the electronic files are too large to submit electronically (file must be under 21.5 Megabytes), you must provide a compact disk containing the Exhibits on or before the Exhibit deadline. Exhibits must be saved as separate .pdf documents or as a single .pdf document with Bookmarks for each individual Exhibit. The Exhibit List should still be filed electronically. If the Exhibits are filed electronically or on a disk, it is not necessary to bring paper copies to Court for the trial.

Please note, the Court uses an electronic evidence presentation system. If you are not familiar with the system, you should contact the Courtroom Deputy in advance of the trial for training and practice.

The deadline for filing and serving the exhibits and the Exhibit List in this adversary proceeding is **September 9, 2015**. The deadline for filing Exhibit Lists and exhibits should only be extended by agreement of the parties after contacting the Court in advance of the deadline.

**Witnesses**   A list of witnesses (including parties who are expected to be called as witnesses) with a brief summary of their testimony must be filed in advance of the trial, or they may not be permitted to testify.  If a party does not file a list of witnesses or a motion to extend the time to file the same on or before the deadline, the Court will assume that the party does not intend to call any witnesses.

The deadline for filing the list of witnesses in this case is **September 9, 2015**.  The deadline for filing Witness Lists should only be extended by agreement of the parties after contacting the Court in advance of the deadline.  Designation of a nonparty witness on an opponent's list of witnesses does not relieve a party of assuring the presence of that witness at trial if his or her testimony is desired.

**Trial Date**  Trial is set for **September 23, 2015,** beginning at 9:30 a.m. in the U.S. Courthouse, 517 East Wisconsin Avenue, Room 167, Milwaukee, Wisconsin.

**The trial date cannot be changed absent written motion for good cause shown.**

Dated: June 17, 2015

By the Court:

*Susan Kelley*
Susan V. Kelley
Chief U.S. Bankruptcy Judge