# LAW OFFICES OF MICHAEL G. MACK

10855 West Potter Road, Suite 14
Wauwatosa, WI 53226
Telephone: (414) 771-9200
Fax: (414) 258-4987
Email: mgm@lawyer.com

October 8, 2015

Honorable Susan V. Kelley
United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

           Re:    Rankin v. Grandview Plaza I, LLC and Bruck Law Offices, SC
                   Adversary Case No. 15-2159

Dear Judge Kelley,

On Friday, September 18th the parties in the above referenced matter reached a settlement following a mediation conference. The terms of the settlement were put on the record with Judge McGarity, who mediated the dispute that same day. The Court docket for this case reflects the transcript of the settlement, which is presently restricted for viewing.

As of this time, I have the settlement funds agreed to be paid by the defendants to my clients, Michael and Linda Rankin. However, I cannot disburse those funds to my clients because there is a dispute between the defendants, Bruck Law Offices and Grandview Plaza; a dispute wholly unrelated to my clients' claim in the proposed written settlement agreement.

Apparently, the unrelated dispute is with respect to a spreadsheet list of clients which Grandview demands be turned over by Bruck. Again, this spreadsheet has absolutely nothing to do with my clients' claim, or the cross claim, and yet Grandview is insisting that this unrelated issue be resolved as part of the settlement agreement with the Rankins. All other terms of the settlement are acceptable to the parties.

As the original settlement agreement between the plaintiff and defendants is on the docket, I would propose that the court order a dismissal of this pending adversary matter, with prejudice, based on the terms as set forth in Judge McGarity's settlement transcript, so that with respect to the Rankins, at least, this matter can be

concluded and I can disburse the settlement proceeds to my clients from my trust account.

In the alternative, let's re-schedule the trial and get on with it. We really don't have a settlement if I can't pay my clients. I have consulted with my clients and they are acceptable to this alternative as well.

I am uncertain as to how the Court would wish to proceed at this time relative to this request, and look to the Court for guidance in concluding this action.

Sincerely yours,

Michael Mack
MGM/abc

cc: Paul Erickson
    Dino Antonopoulos