UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re<br>Michael J. Rankin and<br>Linda J. Rankin,<br>    Debtors. | Chapter 7<br>Case No. 09-37264-svk |

| | |
|---|---|
| Michael J. Rankin, et al.,<br>    Plaintiffs,<br>v.<br>Grandview Plaza I, L.L.C., et al.,<br>    Defendants. | Adversary No. 15-2159 |

## NOTICE OF HEARING

To:    Attorney Michael Mack
        Attorney Dino Antonopoulos
        Attorney Paul Erickson

      PLEASE TAKE NOTICE: that a final pretrial conference will be held before the Honorable Susan V. Kelley, Chief U.S. Bankruptcy Judge, on **October 27, 2015 at 12:00 p.m.**, in the United States Courthouse, 517 East Wisconsin Avenue, Room 167, Milwaukee, Wisconsin.

      PLEASE TAKE FURTHER NOTICE: that all counsel must appear <u>in person</u> at this hearing and be prepared to schedule this adversary proceeding for a trial to be held within 21 days. No requests for adjournments will be granted. The pretrial conference can be removed from the calendar <u>only</u> by filing either a stipulation and order or other indication that the settlement has been consummated. Such filing must be made on or before October 23, 2015.

Dated: October 8, 2015

                                                  By the Court:

                                                  Susan V. Kelley
                                                  Chief U.S. Bankruptcy Judge