

N35 W23877 Highfield Court, Suite 100
Pewaukee, WI 53072
Phone: 262-649-5572
Fax: 262-649-5556
dino@alglawoffices.com
todd@alglawoffices.com

October 8, 2015

**Via CM/ECF Filing**
Honorable Susan Kelley
United State Bankruptcy Court - Eastern District of Wisconsin
517 E. Wisconsin Avenue, Suite 162
Milwaukee, WI 53202

RE: Michael J. Rankin, et al. v. Grandview Plaza I, LLC, et al.
Adversary Case No.: 15-2159

Dear Judge Kelley:

I am in receipt of Attorney Michael Mack's correspondence dated October 8, 2015 relative to the above-referenced matter. Unfortunately, Attorney Mack misunderstood the basis of the issue between Grandview Plaza I, LLC ("Grandview") and Bruck Law Offices S.C. ("Bruck") relative to the settlement agreement. Contrary to the terms of the parties' settlement at mediation (a transcript is on file), Bruck now refuses to agree to turn over Grandview and its affiliates' files. Rather, Grandview is now trying to circumvent the terms of the settlement by offering a "spreadsheet" in lieu of Grandview's files. Bruck's refusal to turnover Grandview's files is a breach of the settlement between the parties. Grandview has a right to obtain its files by law and pursuant to the parties' settlement.

Grandview is prepared to submit the proposed versions of the Settlement Agreement prepared by Grandview and Bruck in order to show the Court that Grandview's version of the Settlement Agreement is consistent with the terms agreed to at mediation before Judge McGarity. Grandview respectfully requests the Court enforces the parties' settlement, which was agreed to at mediation.

On another note, it is my understanding Attorney Mack will be providing the Court a follow-up correspondence confirming the facts as set forth in this correspondence.

By copy of this correspondence, all parties are being served with a copy of the same.

Thank you for your attention.

Very Truly Yours,

/s/ Dino Antonopoulos

Dino Antonopoulos

Enclosures

cc: Grandview Plaza I, LLC (via e-mail)
    Attorney Michael Mack (via CM/ECF)
    Attorney Paul Erickson (via CM/ECF)