# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

---

In re:  MICHAEL J. RANKIN
      LINDA J. RANKIN,

        Debtors,

MICHAEL J. RANKIN
LINDA J. RANKIN

        Plaintiffs,

v.

GRANDVIEW PLAZA I, LLC., and
BRUCK LAW OFFICES, S.C.,

        Defendants.

Adversary No. 15-02159

Case No. 09-37264-svk

Chapter 7

---

## STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT

---

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjudicated.

Dated this 27th day of October, 2015.

LAW OFFICES OF MICHAEL MACK

/s/ *Michael G. Mack*_____
Michael G. Mack (SBN 1018553)
10855 West Potter Road, Suite 14
Wauwatosa, WI 53226
Telephone: (414) 771-9200
Facsimile: (414) 258-4987
email: mgm@lawyer.com

*Attorney for Debtors*

ANTONOPOULOS LEGAL GROUP, LLC

/s/ *Dino Antonopoulos*_____
Dino Antonopoulos (SBN 1055086)
Todd Nelson (SBN 1059527)
N35 W23877 Highfield Court, Suite 100
Pewaukee, WI 53072
(262) 649-5572
(262) 649-5556 [facsimile]
dino@alglawoffices.com
todd@alglawoffices.com

*Attorneys for Grandview Plaza I, LLC*

GUTGLASS, ERICKSON, BONVILLE
        & LARSON, S.C.

/s/ __*Paul R, Erickson*_____
Paul R. Erickson (SBN 1003920)
Lauren L. Wick (SBN 1097578)
735 North Water Street, Suite 1400
Milwaukee, Wisconsin 53202-4267
phone: (414) 273-1144
fax (414) 273-3821
paul.erickson@gebsc.com
lauren.wick@gebsc.com

*Attorneys for Bruck Law Offices S.C.*