THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 27, 2015



Susan V. Kelley
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: MICHAEL J. RANKIN<br>LINDA J. RANKIN,<br>        Debtors,<br><br>MICHAEL J. RANKIN<br>LINDA J. RANKIN<br>        Plaintiffs,<br>v.<br><br>GRANDVIEW PLAZA I, LLC., and<br>BRUCK LAW OFFICES, S.C.,<br>        Defendants. | Adversary No. 15-02159<br>Case No. 09-37264-svk<br><br>Chapter 7 |

**ORDER APPROVING SETTLEMENT AND STIPULATION FOR DISMISSAL WITH PREJUDICE**

    Based upon the Stipulation between Plaintiffs and Defendants, **IT IS ORDERED** that the settlement reached between the parties pursuant the Stipulation for Dismissal with Prejudice is **APPROVED** and the matter is dismissed **WITH PREJUDICE**.

####